UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF RHODE ISLAND and THE COMMONWEALTH OF MASSACHUSETTS *ex rel.* MICHELE BISBANO and STEFANIE PAOLINO,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>CLARIS VISION, LLC et al.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 1:18-CV-00176-MSM-LDA<br>)<br>)<br>)<br>)<br>) |

ORDER

Mary S. McElroy, United States District Judge.

　　Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on January 16, 2024, (ECF No. 54) in this qui tam action recommending that this Court grant the Relators' Motion for Award of Reasonable Expenses, Attorneys' Fees, and Costs (ECF No. 29) in part; that is, solely as to the legal determination that the Relators are entitled to an award for reasonable expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d)(1) and to defer consideration of the reasonableness of the claimed expenses to further proceeding after this Court acts on the R&R.

1

After having reviewed the relevant papers and relevant law, and having heard no objections, the Court ACCEPTS the R&R (ECF No. 54) and adopts the recommendations and reasoning set forth therein.

IT IS SO ORDERED.

_____
Mary S. McElroy
United States District Judge

February 15, 2024